UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**NEREUS SUPPLY CHAIN, INC.,**
**IAN ZARETZKY, and**
**IM ZARETZKY, LLC,**

**Plaintiffs,**

**v.** **Case No. 25-CV-160**

**FREIGHTRO, INC.,**
**BEN MASLOWSKI,**
**MATT COSTELLO, and**
**ALEXANDER BAIN,**

**Defendants.**

---

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT**

---

Nereus Supply Chain, Inc., Ian Zaretzky, and IM Zaretzky, LLC. ("Plaintiffs") sued Freightro, Inc. Ben Maslowski, Matt Costello, and Alexander Bain ("Defendants"), alleging two counts of breach of contract; breach of covenant of good faith and fair dealing; malicious injury to business pursuant to Wis. Stat. § 134.01; intentional interference with contract; and conversion. (Docket # 1.) Subsequently, Plaintiffs filed three amended complaints to cure jurisdictional defects and remedy an error. (Docket # 4, Docket # 5, Docket # 17.)

On September 30, 2026, the parties jointly filed a "Stipulation of Voluntary Dismissal of Counts 2, 4, 5, and 6 Pursuant to FRCP 41(a)(1)(A)(ii)." (Docket # 38.) Under Rule 41(a), a plaintiff may voluntarily dismiss *an action* by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(ii). As the Seventh Circuit has explained, however, Rule 41(a) "does not speak of dismissing one claim in a suit; it speaks of dismissing 'an action'—which is to say, the whole case." *Berthold Types Ltd. v. Adobe Sys. Inc.*, 242 F.3d

772, 777 (7th Cir. 2001). The court of appeals has further noted that despite the "common practice" in some district courts "to allow the voluntary dismissal of individual claims under Rule 41(a)," it "remind[ed] judges to use Rule 15(a) instead." *Taylor v. Brown*, 787 F.3d 851, 858 n.9 (7th Cir. 2015).

Under Rule 15(a), a party may amend its pleading with the opposing party's written consent. Fed. R. Civ. P. 15(a)(1)(2). Through their stipulation, Defendants provided such consent. Thus, the proper procedure in this case is to grant Plaintiffs leave to file a fourth amended complaint. In it, Plaintiffs may remove the agreed upon Counts.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 30th day of September, 2026.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge